**DISMISS and Opinion Filed August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00697-CV
_____

**DENNIS HUFFMASTER, Appellant**
**V.**
**AUTOFLEX LEASING, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03426**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The filing fee and docketing statement in this case are past due. By postcard dated June 14, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 14, 2019, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190697F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DENNIS HUFFMASTER, Appellant

No. 05-19-00697-CV     V.

AUTOFLEX LEASING, INC., Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-19-03426.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee AUTOFLEX LEASING, INC. recover its costs of this appeal from appellant DENNIS HUFFMASTER.

Judgment entered August 22, 2019